J. Morris Childs et al., Appellants, *v.* Horace F. Kendall, as Assignee, etc., Respondent.

(Argued December 10, 1885 ; decided January 19, 1886.)

*Alexander T. Goodwin* for appellants.

*Waters, McLennan & Dillaye* for respondent.

Agree to affirm order and for judgment absolute on stipulation.

All concur ; no opinion.

Order affirmed and judgment accordingly.

---

Henry C. Demming, Respondent, *v.* Edward M. Parrott, Appellant.

(Argued December 10, 1885 ; decided January 19, 1886.)

*Henry Bacon* for appellant.

*Thomas G. Evans* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.